,tween defendant's automobile and a motorcycle ridden by plaintiff. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

Harry D. Knight, for appellant. Wiley W. Mills, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

E. J. Lennartz, complainant and appellee, v. John T. Boddie et al., defendants, on appeal of Thomas C. Hindman, appellant. Gen. No. 27,276.

Suit to establish right to redeem mortgaged premises after foreclosure and sale and alleged redemption by another party. Judgment for complainant. See 225 Ill. App. 655. Appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed February 19, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Cutting, Moore & Sidley and Arthur L. Ballas, for appellant. David K. Tone, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. William Bioff, plaintiff in error. Gen. No. 27,571.

Charge of pandering. Judgment against defendant. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 19, 1923.

Maurice I. Green, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Martin Hausler, Sr., appellee, v. Eastman A. Burrows, appellant. Gen. No. 27,663.

Suit on note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

Frank P. A'Brunswick, for appellant. C. E. Kremer and Robert Branard, Jr., for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

M. C. Finlayson and Albert Anis, trading as Finlayson Company, appellees, v. Harry W. Overman, appellant. Gen. No. 27,682.

Action for recovery of money. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

Philip Rosenthal, for appellant; Ross C. Hall, of counsel. Robert W. Dunn, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.